■ Sol Becker, Appellant, v. City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Concur — Botein, Cox, Frank and Valente, JJ.; Breitel, J. P., dissents and votes to reverse and grant a new trial on the authority of *Liubowsky* v. *State of New York* (260 App. Div. 416, affd. 285 N. Y. 701); *Robison* v. *State of New York* (263 App. Div. 240); Court

of Claims Act, § 8; *Bernardine* v. *City of New York* (294 N. Y. 361). (Cf. *Kaplan* v. *State of New York*, 198 Misc. 62, affd. 277 App. Div. 1065.)